PER CURIAM.

For the reasons stated in Section I of the dissenting opinion, the decision of the Court of Appeals is reversed. The case is remanded to the Court of Appeals for consideration of the remaining issues.

REVERSED AND REMANDED.

━━━━━━━━  ━━━━━━━━

BRYAN TATE HELMS v. ANGELIQUE LANDRY

No. 55A09

(Filed 11 December 2009)

**Paternity—motion for paternity test—prior order establishing paternity—absence of appeal or Rule 60(b) motion**

A decision of the Court of Appeals that the mother of a child born out of wedlock was entitled to a paternity test after custody was changed from the mother to the purported biological father was reversed for the reasons stated in the dissenting Court of Appeals opinion that the father's paternity was established in a prior court order and the mother failed to appeal that order in a timely manner and failed to seek relief from that order pursuant to Rule of Civil Procedure 60(b).

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 671 S.E.2d 347 (2009), reversing an order entered 13 September 2007 by Judge Christy T. Mann in District Court, Mecklenburg County, and remanding for further proceedings. Heard in the Supreme Court on 17 November 2009.

*Thurman, Wilson & Boutwell, PA., by John D. Boutwell, for plaintiff-appellee/appellant.*

*Angelique Landry, pro se, defendant-appellant/appellee.*

PER CURIAM.

For the reasons stated in the dissenting opinion, the decision of the Court of Appeals is reversed.

REVERSED.